UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CHRISTOPHER WILLIAM GIPSON | DOCKET NO. 5:16-CV-1385; SEC. P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| ERNEST ESPRADRON, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written response filed by Plaintiff, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DENIED** and **DISMISSED** with prejudice in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(b) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the ___ day of _____, 2017.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE